THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM McKINLEY JACKSON and FLOYD ARRINGTON, Appellants.

Argued May 31, 1949; decided July 19, 1949.

*Abraham J. Gellinoff, John A. Cuneo* and *Millard E. Theodore* for William McKinley Jackson, appellant.

*Harrison S. Jackson, Robert V. Santangelo* and *Daniel S. Weiss* for Floyd Arrington, appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Charles W. Manning* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.